# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:11-CR-00368 MCE |
| **JAIME LLAMAS-HERNANDEZ,** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Jaime LLAMAS-HERNANDEZ

Detained at: Stafford Creek

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
     charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **MAY 4, 2016** in the Eastern District of California.*

Signature: */s/ Katherine T. Lydon*
Printed Name & Phone No: KATHERINE T. LYDON (916) 554-2722
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **MAY 4, 2016**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 11, 2016

*Allison Claire*
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | 636608LB3 | DOB: | 07/08/1981 |
| Facility Address: | 191 Constantine Way, Alberdeen, WA 98520 | Race: | |
| Facility Phone: | (360) 537-1800 | FBI#: | |
| Currently | unknown | | |

### RETURN OF SERVICE
Executed on: _____